U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

MAR 0 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA

MARIE E. VIELOT, ET AL.

VERSUS

TAKEDA PHARMACEUTICAL COMPANY
LIMITED, ET AL

MISC. CASE NO. 17-mc-19
RELATED CASE NO. 14-1407

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Marie E.
Vielot, as Administratrix of the Estate of Vertus Vielot, is hereby GRANTED pursuant to the
Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 2nd day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 3/3/17
BY ____
TO ____